UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES VALENTINE,

    Petitioner,

v.                                            Case No. 3:21cv876-LC-HTC

M V JOSEPH WARDEN,

    Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 21, 2021 (ECF No. 5). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:21cv876-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. The petition under 28 U.S.C. § 2241, ECF Doc. 1, is DISMISSED for Petitioner's failure to exhaust administrative remedies.

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 25th day of January, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv876-LC-HTC